# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia McCoy Thiam<br>　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>　　　　Moving Party<br>vs. | NO. 15-18562 AMC |
| Patricia McCoy Thiam<br>　　　　Debtor | |
| William C. Miller Esq.<br>　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 Hyundai Sonata-4C 5NPEC4AC7BH115620 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this ____ day of July, 2016.

_____
United States Bankruptcy Judge.

cc: See attached service list