United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18562-amc
Patricia McCoy Thiam                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR          Page 1 of 1        Date Rcvd: Jul 18, 2016
               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
db              +Patricia McCoy Thiam,    7455 Ruskin Rd.,    Philadelphia, PA 19151-2925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-SHL1 paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia McCoy Thiam<br>　　　　　Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>　　　　　Moving Party<br>vs. | NO. 15-18562 AMC |
| Patricia McCoy Thiam<br>　　　　　Debtor | |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 Hyundai Sonata-4C 5NPEC4AC7BH115620 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this ___ day of July, 2016.

_____
United States Bankruptcy Judge.

cc: See attached service list