August 2, 2016

*AUG -2 2016*

Dear: Mr. William C. Miller, Esq

    I'm writing the letter to ask the court to vacate the motion to dimiss. because I'm having financial difficultlys. I'm trying to get back on my feet. Right now I'm the only income in my household. and thats income is Unemployment I have all my documents which are my Returns from 2015. I can make a Payment Tommorow for 300.00 dollar because that when I will recieve my Unemployment check which is only seven hundred and ninety eight dollars. however I will make a payment. and in 2 weeks make another I can't afford to lose my home I have two girls. and I'm really trying to put our lives back in order. thanks in advance for your concern in this matter. I cannot afford and attorney I went to legal aid I was told they don't do Thank you Chapter 13  I can be contacted at 267-312-8780

Patrice McCoy Thia