# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 15-18562-AMC

PATRICIA MCCOY THIAM

7455 RUSKIN RD.

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICIA MCCOY THIAM

    7455 RUSKIN RD.

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

Date: 9/22/2016                /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee