United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 15-18562-amc
Patricia McCoy Thiam     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 22, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2016.
db          +Patricia McCoy Thiam,    7455 Ruskin Rd.,    Philadelphia, PA 19151-2925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2016                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2016 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JEREMY JOHN KOBESKI   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-SHL1 paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                     TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA MCCOY THIAM        Chapter 13

                Debtor        Bankruptcy No. 15-18562-AMC

### ORDER

AND NOW, this ____ day of _____, 2016, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
Ashely M. Chan
BANKRUPTCY JUDGE

cc:
**Debtor's Attorney:**
 PRO-SE
 *
 *
 *, * *

**Debtor:**
 PATRICIA MCCOY THIAM

 7455 RUSKIN RD.

 PHILADELPHIA, PA 19151

**Chapter 13 Standing Trustee:**
 William C. Miller, Esquire
 Chapter 13 Standing Trustee
 P.O., Box 1229
 Philadelphia, PA 19105

**U.S. Trustee:**
 Office of the U.S. Trustee
 Eastern District of Pennsylvania
 833 Chestnut Street, Suite 500
 Philadelphia, PA 19107