United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18562-amc
Patricia McCoy Thiam                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR           Page 1 of 2          Date Rcvd: Jan 17, 2017
                             Form ID: pdf900         Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db            +Patricia McCoy Thiam,    7455 Ruskin Rd.,    Philadelphia, PA 19151-2925
cr            +Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC X7801-014,    3476 Stateview Blvd.,
               Fort Mill, SC 29715-7203
13658432       ASC,    PO Box 10388,    Des Moines, IA 50306-0388
13658433      +Dental Health Care Association,    5000 Chichester Avenue,    Aston, Pa 19014-2333
13694865       Navient Solutions, Inc.,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
13658435      +Ocwen Mortgage Company,    PO Box 24736,    West Palm Beach FL 33416-4736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 18 2017 01:57:11    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2017 01:56:53
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2017 01:57:05    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13718293      +E-mail/Text: bankruptcy@phila.gov Jan 18 2017 01:57:11
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13658431       E-mail/Text: bk.notifications@jpmchase.com Jan 18 2017 01:56:44    Chase,    PO Box 901076,
               Forth Worth TX 76101-2076
13658434       E-mail/Text: cio.bncmail@irs.gov Jan 18 2017 01:56:41    Dept of Treasury,
               Interal Revenue Service,    PO Box 9038,    Andover, MA 01810-4544
13689635       E-mail/Text: bk.notifications@jpmchase.com Jan 18 2017 01:56:44    JPMorgan Chase Bank N.A.,
               National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,    Phoenix , AZ 85038-9505
13658430       E-mail/PDF: pa_dc_claims@navient.com Jan 18 2017 01:59:39    Navient,    PO Box 9635,
               Wilkes-Barre Pa 18773-9635
13689452      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 18 2017 01:57:02    Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13671863       E-mail/Text: appebnmailbox@sprint.com Jan 18 2017 01:56:58    Sprint,    Attn Bankruptcy Dept,
               PO Box 7949,    Overland Park KS 66207-0949
                                                                              TOTAL: 10


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13679433*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:  IRS,    PO BOX 21126,    PHILA PA 19114)
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
          ANDREW F GORNALL   on behalf of Creditor   JPMorgan Chase Bank, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JEREMY JOHN KOBESKI   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-SHL1
           paeb@fedphe.com

District/off: 0313-2              User: DonnaR              Page 2 of 2              Date Rcvd: Jan 17, 2017
                                 Form ID: pdf900           Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA MCCOY THIAM                                   Chapter 13


                          Debtor                       Bankruptcy No. 15-18562-AMC


**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 201_ upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.


                                    _____
                                    Ashely M. Chan
                                    Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *
    ,


Debtor:
PATRICIA MCCOY THIAM

7455 RUSKIN RD.

PHILADELPHIA, PA 19151