4-24-17

Bankruptcy No# 15-18562

<u>Emergency</u>

Dear Judge Chan:

I'm writing this letter to ask your honor to My Chapter 13 bankruptcy. Your Honor I have Really been very Emotional and Financial hardship on me and my family, Since my mother, father, brother and sister passed away. My Job closed and my Unemployment ran out. I was working odd jobs Just to make ends meet. Since my dismal in January 2017. I have found gainful employment and I will be obtaining a lawyer to help me with my bankruptcy. I can now get on a payment Plan to get my life back in order. Thanks in advance for your Consideration in this matter. My home is up for sheriff sale May 2. 2017. I can be reached at <u>267-312-8780</u>

Thank you
Mrs Patricia M____